Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  14−25806−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daran A West                                      Jean M West
   5091 Spruce Ave.                                5091 Spruce Ave.
   Egg Harbor Township, NJ 08234        Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−7056                                     xxx−xx−6141

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 30, 2016.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 30, 2016
JJW: bc

                                                              James J. Waldron
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-25806-ABA
Daran A West                                                          Chapter 13
Jean M West
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                Page 1 of 2            Date Rcvd: Sep 30, 2016
                                Form ID: 148               Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
```
db/jdb         +Daran A West,    Jean M West,    5091 Spruce Ave.,    Egg Harbor Township, NJ 08234-5810
514960303      +Atlanticare Clinical Lab,    Po Box 150,    West Berlin, NJ 08091-0150
515050805      +BANK OF AMERICA, N.A.,    Kivitz, McKeever, Lee, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
515140626      +Bank of America, N.A.,    c/o Kivitz, McKeever, Lee, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
514960306      +Bayfront Emergency Physicians,    218 W Orange St,    Lancaster, PA 17603-3746
514960312     #+Daniels Norelle Scully & Cecere, PC,    One Old Country Road, Suite LL5,
                 Carle Place, NY 11514-1806
514960313      +GE Capital Retail Bank,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514960314      +HSBC Bank,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
514960316      +Lyons, Doughty & Veldhuis,    136 Gaither Drive, Suite 100,    Mount Laurel, NJ 08054-2239
514960317      +Medilink Homecare Inc,    46 W Ferris St,    East Brunswick, NJ 08816-2159
515541710     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
514960319      +Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
514960321      +Provident Funding,    1235 N Dutton Ave Ste E,    Santa Rosa, CA 95401-4666
514960322      +Provident Funding Asso,    Po Box 5914,    Santa Rosa, CA 95402-5914
515155196     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
514960323      +Savit Coll,    Attn: Bankruptcy Dept.,    46 W Ferris St,    East Brunswick, NJ 08816-2159
514960324       Shapiro & DeNardo, LLC,    1400 Commerce Parkway, Suite B,    Mt. Laurel, NJ  08054
514960325      +State Of New Jersey,    Division Of Taxation,    PO Box 111,    Tenton, NJ 08645-0111
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2016 00:02:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2016 00:02:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515436798      +E-mail/Text: bncmail@w-legal.com Oct 01 2016 00:03:02      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515092222      +EDI: AFNIRECOVERY.COM Sep 30 2016 23:43:00      Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
514960299      +EDI: AFNIRECOVERY.COM Sep 30 2016 23:43:00      Afni, Inc.,    404 Brock Dr,
                 Bloomington, IL 61701-2654
514960300      +EDI: ALLIANCEONE.COM Sep 30 2016 23:43:00      AllianceOne,    4850 Street Road, Suite 300,
                 Trevose, PA 19053-6643
514960301      +EDI: BECKLEE.COM Sep 30 2016 23:43:00      American Express,    PO Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
515081663       EDI: AIS.COM Sep 30 2016 23:43:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
514982254       EDI: AIS.COM Sep 30 2016 23:43:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK   73126-8941
514960302      +EDI: AMEREXPR.COM Sep 30 2016 23:43:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
514960304      +EDI: BANKAMER.COM Sep 30 2016 23:43:00      Bank Of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
514960305      +EDI: BANKAMER.COM Sep 30 2016 23:43:00      Bank Of America,    450 American St,
                 Simi Valley, CA 93065-6285
514986894      +EDI: STFC.COM Sep 30 2016 23:43:00      CACH, LLC,    4340 S. Monaco Street,    2nd Floor,
                 Denver, CO 80237-3485
514960310       EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital One,    Po Box 85520,    Richmond, VA  23285
514960307      +EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
514960308      +E-mail/Text: clientrep@capitalcollects.com Oct 01 2016 00:04:08      Capital Collection Svc,
                 PO Box 3001,    Po Box 150,    West Berlin, NJ 08091-0150
514960309      +EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital One,    PO Box 5253,
                 Carol Stream, IL 60197-5253
515071601       EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
514960311      +EDI: PRA.COM Sep 30 2016 23:43:00      Carrie Brown,    C/O Portfolio Recovery Associates,
                 140 Corporate Blvd.,    Norfolk, VA 23502-4952
515185542       EDI: JEFFERSONCAP.COM Sep 30 2016 23:43:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
514960315      +E-mail/Text: csd1clientservices@cboflanc.com Oct 01 2016 00:03:31      Lancaster Collections,
                 PO Box 3001,    218 W Orange St,    Lancaster, PA 17603-3746
514960318      +EDI: MID8.COM Sep 30 2016 23:43:00      Midland Fund,    Attn: Bankruptcy Dept.,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514960320       EDI: PRA.COM Sep 30 2016 23:43:00      Portfolio Rc,    Attn: Bankruptcy Dept.,
                 120 Corporate Blvd Ste 1,    Norfolk, VA  23502
```

```
District/off: 0312-1          User: admin                 Page 2 of 2                  Date Rcvd: Sep 30, 2016
                              Form ID: 148                Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515171435         EDI: PRA.COM Sep 30 2016 23:43:00      Portfolio Recovery Associates, LLC,    c/o Ameritech,
                   POB 41067,    Norfolk VA 23541
515208299         EDI: PRA.COM Sep 30 2016 23:43:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                   POB 41067,    Norfolk VA 23541
515293977         EDI: RMSC.COM Sep 30 2016 23:43:00      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
514960326        +EDI: VERIZONCOMB.COM Sep 30 2016 23:43:00      Verizon Inc.,    404 Brock Dr,
                   Bloomington, IL 61701-2654
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515541711*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741,
                   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
```
              Francis P. Cullari    on behalf of Joint Debtor Jean M West cullari@comcast.net
              Francis P. Cullari    on behalf of Debtor Daran A West cullari@comcast.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                               TOTAL: 5
```