UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FRANCIS P. CULLARI
ATTORNEY AT LAW
1200 MILL ROAD, SUITE A
NORTHFIELD, NJ 08225

**Order Filed on November 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DARAN A. WEST
JEAN M. WEST

Case Number: _____14-2586_____

Hearing Date: _____11/15/2016_____

Judge: _____ABA_____

Chapter: _____13_____

Recommended Local Form: ☒ Followed ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 15, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____Francis P. Cullari_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*