UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FRANCIS P. CULLARI
ATTORNEY AT LAW
1200 MILL ROAD, SUITE A
NORTHFIELD, NJ 08225

Order Filed on November 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DARAN A. WEST
JEAN M. WEST

Case Number: 14-25806

Hearing Date: 11/15/2016

Judge: ABA

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 22, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____Francis P. Cullari_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

ORDERED that:

The case shall continue at $4,101.00 paid to date, then $371.00 for thrity-two (32) remaining months comencing December 1, 2016.

new.7/12/16