| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FRANCIS P. CULLARI<br>ATTORNEY AT LAW<br>1200 MILL ROAD, SUITE A<br>NORTHFIELD, NJ 08225 | Order Filed on November 22, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

DARAN A. WEST
JEAN M. WEST

Case Number: 14-25806
Hearing Date: 11/15/2016
Judge: ABA
Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 22, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____Francis P. Cullari_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

ORDERED that:

The case shall continue at $4,101.00 paid to date, then $371.00 for thrity-two (32) remaining months comencing December 1, 2016.

*new.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Daran A West  
Jean M West  
    Debtors

Case No. 14-25806-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 22, 2016  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.  
db/jdb        +Daran A West,    Jean M West,    5091 Spruce Ave.,    Egg Harbor Township, NJ 08234-5810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:  
        Francis P. Cullari    on behalf of Joint Debtor Jean M West cullari@comcast.net  
        Francis P. Cullari    on behalf of Debtor Daran A West cullari@comcast.net  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
    TOTAL: 5