UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FRANCIS P. CULLARI, ESQ.
ATTORNEY AT LAW
1200 MILL ROAD, SUITE A
NORTHFIELD, NJ 08225
Attorney for Debtor(s)
Phone: (609) 383-3511
Fax: (609)383-3994

Order Filed on November 28, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daran A. West
Joane M. West

Case No.: 14-25806

Chapter: 13

Judge: ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 28, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Francis P. Cullari_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____500.00_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____371.00_____ per month for _____32_____ months to allow for payment of the above fee.

*rev.8/1/15*