UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-1680

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on May 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daran A. West
Jean M. West

Case No.: 14-25806-ABA

Hearing Date: 05/15/2018

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: May 22, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Daran A. West and Jean M. West
Case No.: 14-25806-ABA
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Provident Funding Associates, L.P., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through May 1, 2018, in the sum of $2,145.89 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 3 | Payments @ | $757.13 | (03/01/2018 - 05/01/2018) | = | $2,271.39 |
| | Less suspense | $125.50 | | = | $-125.50 |
| | Arrears to Cure: | | | = | $2,145.89 |

2. Debtor(s) shall make a payment of $1,500.00 towards the arrears set forth above on or before May 15, 2018.

3. Debtor(s) shall make a payment of $645.89 on or before May 31, 2018.

4. Debtor(s) shall resume regular monthly mortgage payments starting on June 1, 2018.

5. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

6. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

7. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.