UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daran A West
Jean M West

Case No.: 14-25806

Hearing Date: _____

Judge: ABA

Chapter: 13

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____9/10/2019_____ and should be vacated for the reason stated below:

- ☐ Debtor has not yet been discharged
- ☐ Adversary Proceeding number _____ is pending
- ☒ Other: Entered Prematurely _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*