UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daran A West
Jean M West

Case No.: 14-25806

Hearing Date:

Judge: ABA

Chapter: 13

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____9/10/2019_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged

- ❏ Adversary Proceeding number _____ is pending

- ☒ Other: _Entered Prematurely_____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re: Case No. 14-25806-ABA
Daran A West Chapter 13
Jean M West
 Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 1 Date Rcvd: Sep 10, 2019
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
db/jdb +Daran A West, Jean M West, 5091 Spruce Ave., Egg Harbor Township, NJ 08234-5810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
 Charles G. Wohlrab on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
 Charles G. Wohlrab on behalf of Creditor NATIONSTAR MORTGAGE LLC cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
 Charles G. Wohlrab on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
 Denise E. Carlon on behalf of Creditor BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
 Francis P. Cullari on behalf of Joint Debtor Jean M West cullari@comcast.net
 Francis P. Cullari on behalf of Debtor Daran A West cullari@comcast.net
 Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
 Isabel C. Balboa on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
 Joshua I. Goldman on behalf of Creditor BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
 William M. E. Powers, III on behalf of Creditor Provident Funding Associates, L.P. ecf@powerskirn.com
 William M.E. Powers on behalf of Creditor Provident Funding Associates, L.P. ecf@powerskirn.com
 William M.E. Powers, III on behalf of Creditor Provident Funding Associates, L.P. ecf@powerskirn.com
 TOTAL: 12